# PAY STATEMENT

ID: 00000104430030540

*Detach along the perforation and retain for your records*

**Diversified Health Management, Inc.**
3569 Refugee Rd
Suite C
Columbus, OH 43232

**Paulette Pierce**
1875 Stetson Rd
Columbus, OH 43232

## PAY PERIOD INFORMATION

| | |
|---|---|
| Payroll Frequency: | Bi-Weekly |
| Pay Period: | 9/27/2020 - 10/10/2020 |
| Pay Date: | 10/23/2020 |
| Work Location: | Main Office 3569 Refugee Rd Columbus, OH 43232 |

## EMPLOYEE INFORMATION

| | |
|---|---|
| Employee ID: | 255 |
| Employee SSN: | ***-**-9773 |
| Department: | HHA |
| Federal: | S 3 $0.00 |
| State(s): | OH: All 2 $0.00 |

## COMPANY MESSAGE

### EARNINGS

| Type | Rate | Hrs/U | Current | YTD |
|---|---|---|---|---|
| Regular | $10.7500 | 126.00 | $1,354.50 | $20,220.75 |
| Overtime | | 0.00 | $0.00 | $12,996.77 |

### DEDUCTIONS AND CONTRIBUTIONS

| Type | Current | YTD |
|---|---|---|

### TAXES

| Type | Current | YTD |
|---|---|---|
| Federal Income Tax | $78.00 | $2,133.00 |
| EE Social Security | $83.98 | $2,059.51 |
| Medicare | $19.64 | $481.71 |
| OH Tax | $28.48 | $733.31 |
| Columbus | $33.86 | $830.38 |

### STATEMENT SUMMARY

| | Current | YTD |
|---|---|---|
| Total Gross | $1,354.50 | $33,217.52 |
| Total Taxes | $243.96 | $6,237.91 |
| Total Deductions | $0.00 | $0.00 |
| Net Pay | $1,110.54 | $26,979.61 |

### NET PAY DISTRIBUTION

| Bank Account | Account Type | Net Pay |
|---|---|---|
| ******3512 | Checking | $1,110.54 |
| Live Check | - | $0.00 |
| **Total Net Pay** | | **$1,110.54** |

APP R 1.2.1.0

PAGE 1/1

**PAY STATEMENT**
ID: 00000104430030598

Detach along the perforation and retain for your records

Diversified Health Management, Inc.
3569 Refugee Rd
Suite C
Columbus, OH 43232

Paulette Pierce
1875 Stetson Rd
Columbus, OH 43232

## PAY PERIOD INFORMATION

| | |
|---|---|
| Payroll Frequency: | Bi-Weekly |
| Pay Period: | 10/11/2020 - 10/24/2020 |
| Pay Date: | 11/6/2020 |
| Work Location: | Main Office 3569 Refugee Rd Columbus, OH 43232 |

## EMPLOYEE INFORMATION

| | |
|---|---|
| Employee ID: | 255 |
| Employee SSN: | ***-**-9773 |
| Department: | HHA |
| Federal: | S 3 $0.00 |
| State(s): | OH: All 2 $0.00 |

## COMPANY MESSAGE

### EARNINGS

| Type | Rate | Hrs/U | Current | YTD |
|---|---|---|---|---|
| Regular | $10.7500 | 126.00 | $1,354.50 | $21,575.25 |
| Overtime | | 0.00 | $0.00 | $12,996.77 |

### DEDUCTIONS AND CONTRIBUTIONS

| Type | Current | YTD |
|---|---|---|

### TAXES

| Type | Current | YTD |
|---|---|---|
| Federal Income Tax | $78.00 | $2,211.00 |
| EE Social Security | $83.98 | $2,143.49 |
| Medicare | $19.64 | $501.35 |
| OH Tax | $28.48 | $761.79 |
| Columbus | $33.86 | $864.24 |

### STATEMENT SUMMARY

| | Current | YTD |
|---|---|---|
| Total Gross | $1,354.50 | $34,572.02 |
| Total Taxes | $243.96 | $6,481.87 |
| Total Deductions | $0.00 | $0.00 |
| Net Pay | $1,110.54 | $28,090.15 |

### NET PAY DISTRIBUTION

| Bank Account | Account Type | Net Pay |
|---|---|---|
| ******3512 | Checking | $1,110.54 |
| Live Check | - | $0.00 |

**Total Net Pay** $1,110.54

APP R 1.2.1.0

PAGE 1/1

## PAY STATEMENT
ID: 00000104430030657

Detach along the perforation and retain for your records

Diversified Health Management, Inc.
3569 Refugee Rd
Suite C
Columbus, OH 43232

Paulette Pierce
1875 Stetson Rd
Columbus, OH 43232

### PAY PERIOD INFORMATION

| | |
|---|---|
| Payroll Frequency: | Bi-Weekly |
| Pay Period: | 10/25/2020 - 11/7/2020 |
| Pay Date: | 11/20/2020 |
| Work Location: | Main Office 3569 Refugee Rd Columbus, OH 43232 |

### EMPLOYEE INFORMATION

| | |
|---|---|
| Employee ID: | 255 |
| Employee SSN: | ***-**-9773 |
| Department: | HHA |
| Federal: | S 3 $0.00 |
| State(s): | OH: All 2 $0.00 |

### COMPANY MESSAGE

### EARNINGS

| Type | Rate | Hrs/U | Current | YTD |
|---|---|---|---|---|
| Regular | $10.7500 | 126.00 | $1,354.50 | $22,929.75 |
| Overtime | | 0.00 | $0.00 | $12,996.77 |

### DEDUCTIONS AND CONTRIBUTIONS

| Type | Current | YTD |
|---|---|---|

### TAXES

| Type | Current | YTD |
|---|---|---|
| Federal Income Tax | $78.00 | $2,289.00 |
| EE Social Security | $83.98 | $2,227.47 |
| Medicare | $19.64 | $520.99 |
| OH Tax | $28.48 | $790.27 |
| Columbus | $33.86 | $898.10 |

### STATEMENT SUMMARY

| | Current | YTD |
|---|---|---|
| Total Gross | $1,354.50 | $35,926.52 |
| Total Taxes | $243.96 | $6,725.83 |
| Total Deductions | $0.00 | $0.00 |
| Net Pay | $1,110.54 | $29,200.69 |

### NET PAY DISTRIBUTION

| Bank Account | Account Type | Net Pay |
|---|---|---|
| ******3512 | Checking | $1,110.54 |
| Live Check | - | $0.00 |
| **Total Net Pay** | | **$1,110.54** |

APP R 1.2.1.0

PAGE 1/1