AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

Paulette Pierce, on behalf of herself and all others similarly situated
*Plaintiff*
v.
Diversified Health Management, Inc., et al..
*Defendant*

Civil Action No. 2:21-cv-2624

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: Pursuant to the Order Filed filed 9/27/2021 The Court GRANTS the Joint Motion for Approval of Collective Action Settlement and Dismissal with Prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 09/27/2021

CLERK OF COURT

*Christy M. Werr*
Signature of Clerk or Deputy Clerk